IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN C. WELLS, III )
 )
v. ) NO. 3-14-1913
 ) JUDGE CAMPBELL
DERRICK SCHOFIELD. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 42) and Objections filed by the Plaintiff (Docket Nos. 50 and 51).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Restraining Order and Preliminary Injunction (Docket No. 4) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE